IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **PHILLIP LEROY RAINS**, <br> [DOB: 06/25/1949] <br><br> Defendant. | No. 2:25-cr-04020-RK <br><br> **COUNT 1** <br> *Dealing Firearms Without a License* <br> 18 U.S.C. § 922(a)(1)(A) <br> NMT 5 Years' Imprisonment <br> NMT $250,000 Fine <br> NMT 3 Years' Supervised Release <br> Class D Felony <br><br> **FORFEITURE ALLEGATION** <br> 18 U.S.C. § 924(d) <br><br> $100 Special Assessment (Each Count) |

# I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

**COUNT 1**
(Dealing in Firearms Without a License)
18 U.S.C. § 922(a)(1)(A)

From an unknown date but at least as early as on or about April 1, 2023 through at least on or about April 4, 2024, in Morgan County, in the Western District of Missouri, and elsewhere, the defendant, **PHILIP LEROY RAINS**, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

**FORFEITURE ALLEGATION**

As a result of the offenses alleged in this Indictment, and pursuant to Federal Rule of Criminal Procedure 32.1 and Title 18, United States Code, Section 924(d)(1), the defendant,

**PHILIP LEROY RAINS**, shall forfeit any firearm and ammunition involved in or used in the violation.

Substitute Assets

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred, sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty.

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of forfeitable property.

The property subject to forfeiture includes, but is not limited to, the property listed in Attachment A to this Indictment.

    **A TRUE BILL.**

/s/ Signature on file with USAO
**FOREPERSON OF THE GRAND JURY**

*Aaron M. Maness*
**Aaron M. Maness**
Assistant United States Attorney
Missouri Bar No. 63666

Dated: 04/08/2025